UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIRSTAR HEAVY TRANSPORT NV,

          Plaintiff,

  - against -

FAIRMOUNT MARINE B.V.,

          Defendant.
------------------------------------------------------------X

08 Civ. 7044 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 0 2008

### ORDER TO UNSEAL CASE

The Court ordered on August 7, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       August 20, 2008

SO ORDERED

_____
Hon. Laura Taylor Swain
United States District Judge